UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATOSHA DUNSTON,

      CASE NO: 1:24-cv-07488-BMC

    Plaintiff,

v.

      ~~ORDER OF~~ **DEFAULT JUDGMENT**

SMITH STREET PIZZA INC.
ET AL.,

    Defendants.
_____/

Plaintiff having moved for a Default Judgment against Defendant in this action; and the ~~Clerk of~~ Court, by ~~Memorandum and Decision and~~ Order dated 5/12/2025 having granted the Default Motion; it is hereby

**ORDERED AND ADJUDGED,** that Plaintiff's Motion for a Default Judgment is GRANTED ~~to the extent set forth in the Decision and Memorandum~~; and it is further

**ORDERED, ADJUDGED AND DECREED**, That, (1) Defendant shall submit to Plaintiff's counsel a remediation plan that addresses the Americans with Disabilities Act Accessibility Guidelines violations identified in Plaintiff's Complaint at Paragraph 14 within 60 days of Plaintiff's filing of proof of service of the Order upon Defendant; (2) within 30 days from receipt of Defendant's plans, Plaintiff shall file consent to it or seek further relief from the Court;

1

and Defendant shall make any necessary alterations within 60 days of Plaintiff's consent or subsequent Order of the Court; and it is further

**ORDERED AND ADJUDGED,** that Plaintiff may renew her Motion for Attorney's Fees and Costs at the conclusion of the case.

**SO ORDERED**

*Brian M. Cogan*
_____
**Brian M. Cogan**

Dated: Brooklyn, NY    UNITED STATES DISTRICT JUDGE
May 12, 2025